IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 27 2020
Clerk, U.S. District Court
District Of Montana
Missoula

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DEKKER KARL BOEKE,

Defendant.

CR 19–78–BLG–DLC

ORDER

Before the Court is the Government's Unopposed Motion for Final Order of Forfeiture. (Doc. 56.) Reviewing the matter, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on September 27, 2019 (Doc. 43);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

Therefore, a final order of forfeiture is appropriate.

IT IS ORDERED that the Government's Motion (Doc. 56) is GRANTED. Judgment of forfeiture of the following property shall be entered in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Ruger, model LCR, .38 Special caliber revolver (S/N: 1540-89169)
- Four (4) rounds of .38 Special ammunition

IT IS FURTHER ORDERED that the Government shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 27th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court